IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID E. ATTEBERRY                                PLAINTIFF

v.                       No. 3:18-cv-191-DPM

STEFAN MARIAN and
RSP EXPRESS, INC.                             DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 8 November 2019 to enforce the settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 October 2019